IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| GARRY GOODLETT | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | C04-64 JAJ |
| | ) | |
| | ) | ATTORNEY FEE JUDGMENT |
| COMMISSIONER OF SOCIAL | ) | IN A CIVIL CASE |
| SECURITY, | ) | |
| JO ANNE B. BARNHART, | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before the Court and

    IT IS ORDERED AND ADJUDGED

That plaintiff's attorney be awarded attorney fees in the total amount of four-thousand seven hundred fifty three - dollars and eighty - three cents ($4, 753.83), pursuant to 28 U.S.C. § 2412 (d).

    IT IS FURTHER ORDERED

That the one-hundred and fifty dollar and no cents ($150.00) filing fee shall be reimbursed to plaintiff's attorney from the Judgment Fund pursuant to 28 U. S. C. .§ 2412 (c)(1) and 31 U.S.C. § 1304.

Pridgen J. Watkins
Clerk

s/src                    May 11, 2005
(By) Deputy Clerk
UNITED STATES DISTRICT COURT      36-29